ROBBINS GELLER RUDMAN
  & DOWD LLP
RACHEL L. JENSEN (211456)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
   – and –
SAMUEL H. RUDMAN (to be admitted *pro hac vice*)
ROBERT M. ROTHMAN (to be admitted *pro hac vice*)
MARK S. REICH (to be admitted *pro hac vice*)
EDWARD Y. KROUB (to be admitted *pro hac vice*)
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiff F. Beth Gasner

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| F. BETH GASNER, On Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>YOUR BABY CAN, LLC, et al.,<br><br>　　　　　　　　Defendants. | No. 2:11-cv-01434<br><br><u>CLASS ACTION</u><br><br>STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>DATE: None Set<br>TIME:  1:30 p.m.<br>CTRM: 840<br>JUDGE: The Hon. Dale S. Fischer<br><br>DATE ACTION FILED: 11/18/10 |

616062_1

1  Plaintiff F. Beth Gasner and Defendants Your Baby Can, LLC, and Robert Titzer, Ph.D., hereby stipulate to the dismissal of this action without prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each of the parties shall bear their own costs and expenses.

DATED: March 30, 2011

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
RACHEL L. JENSEN

s/ Rachel L. Jensen
RACHEL L. JENSEN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
MARK S. REICH
EDWARD Y. KROUB
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

Attorneys for Plaintiffs

DATED: March 30, 2011

MANATT, PHELPS & PHILLIPS, LLP
BRAD W. SEILING
CHAD S. HUMMELF
ERIN C. WITKOW

Brad W. Seiling
BRAD W. SEILING  /mp

11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

Attorneys for Defendant Your Baby Can, LLC

616062_1

- 1 -

| | | |
|---|---|---|
| 1 | DATED: March 30, 2011 | CATES PETERSON LLP<br>MARK D. PETERSON |
| 2 | | |
| 3 | | */s/ Mark D. Peterson* |
| 4 | | MARK D. PETERSON |
| 5 | | 4100 Newport Place, Suite 230<br>Newport Beach, CA 92660<br>Telephone: (949) 724-1180<br>Facsimile: (949) 724-1190 |
| 6 | | |
| 7 | | Attorneys for Defendant Robert Titzer, Ph.D. |
| 8 | | |

616062_1

- 2 -

# Mailing Information for a Case 2:10-cv-09989-DSF -FFM

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Vahn Alexander**
  valexander@faruqilaw.com,ecf@faruqilaw.com

- **Erin Meredith Cranman Witkow**
  ewitkow@manatt.com,tauzenne@manatt.com

- **Lawrence Timothy Fisher**
  ltfisher@bursor.com

- **Chad S Hummel**
  chummel@manatt.com,LMccoy@manatt.com

- **Mark D Peterson**
  markpeterson@catespeterson.com,ahowse@catespeterson.com

- **Brad W Seiling**
  bseiling@manatt.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)